I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY Petitioner
FIRST CLASS MAIL POSTAGE PREPAID, TO ~~ALL COUNSEL~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: 4.5.12

DEPUTY CLERK

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

APR - 5 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

DESHION S. MCINTYRE,             ) Case No. CV 11-4025-R (JPR)
                                 )
              Petitioner,        )
                                 )
         vs.                     ) ORDER ACCEPTING FINDINGS AND
                                 ) RECOMMENDATIONS OF U.S.
                                 ) MAGISTRATE JUDGE
JAMES D. HARTLEY, Warden,        )
                                 )
              Respondent.        )
                                 )

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: April 4, 2012

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE

1